NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 29935

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JASON KIYUNA, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 08-1-1608)

ORDER GRANTING THE MOTION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the Motion for Dismissal of Appeal and the declaration of Defendant-Appellant Jason Kiyuna which complies the requirements of Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(c),

IT IS HEREBY ORDERED that the Motion for Dismissal of Appeal is granted and Appeal No. 29935 is dismissed.

DATED: Honolulu, Hawai'i, January 5, 2010.

Chief Judge

Associate Judge

Associate Judge